IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-88-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL JAMES GARZA, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Appear by Video for Change of Plea Hearing (Doc. 34), and for good cause appearing,

IT IS HEREBY ORDERED that the change of plea hearing set for Wednesday, March 23, 2022 at 3:30 p.m. is **VACATED**.

IT IS FURTHER ORDERED that the change of plea hearing is reset **VIA VIDEO from the Big Horn County Detention Facility** on **Thursday, March 24, 2022 at 10:30 a.m.,** at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

1

IT IS FURTHER ORDERED that the Plea Agreement shall be filed with the Court on or before **March 22, 2022**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 11th day of March, 2022.


SUSAN P. WATTERS
United States District Judge