# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JAMES GARZA,<br><br>Defendant. | CR 21-88-BLG-SPW-2<br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 69).   Having reviewed said motion, the Court FINDS:

1.      The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.      A Preliminary Order of Forfeiture was entered on June 3, 2022 (Doc. 59);

3.      All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.      There appears there is cause to issue a forfeiture order under 18 U.S.C.

§ 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.      The Motion for Final Order of Forfeiture (Doc. 69) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other

party:

- Taurus, model PT111 G2C, 9mm semi-automatic pistol (SN: ACC623892); and

- 13 rounds assorted 9mm ammunition.

3.      The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

DATED this ___18th___ day of August, 2022.


_Susan P. Watters_

SUSAN P. WATTERS
United States District Judge